IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01167-BNB

IMAM DR. MUHAMMAD MUSTAFA ABDULLAH, a.k.a. MOHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

HARLEY LAPPIN, Director BOP,
DAVIS, Warden,
CHRIS, Captain,
CHRIS, S.I.S.,
COLLINS, Executive Assistance,
LT. RIVERS,
LT. ALVEDEZ,
C.O. ACKERTAN,
C.O. OTERGA,
C.O. WATSON,
C.O. PERKINS,
C.O. KING,
MACK, Law Librarian,
SMITH, Las Librarian,
GEORGE, Leisure Librarian,
C.O. MILES,
C.O. HART,
C.O. PERKINS,
C.O. BREAM,
C.O. MANSPEAKER,
JONES - Kitchen Administrator,
COLLINS, Exec. Asst.,
COLLINS C.O.,
FINLY - Case Manager,
MADISON - Counselor,
SUDLOW - Case Manager,
KNOX - Counselor, Religious Clerk,
CASSELL - Religious Clerk, Individually and In Their Official Capacity [sic],

    Defendants.

---

### ORDER OF DISMISSAL

---

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2011

GREGORY C. LANGHAM
    CLERK

Plaintiff, Muhammad Mustafa Abdullah, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a document titled "Writ of Relief From Murder Conspiracies Kill or be Killed." In an order entered on May 12, 2011, Magistrate Judge Boyd N. Boland instructed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file his claims on a Court-approved form that is used in filing prisoner complaints. Magistrate Judge Boland also directed Plaintiff either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certified copy of his trust fund statement for the six-month period immediately preceding the initiation of this action.

Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Plaintiff has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this  17th  day of    June         , 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01167-BNB

Imam Dr. Muhammad Mustafa Abdullah
a/k/a Mohammad M. Abdullah
Reg. No. 00115-000
USP Florence ADMax
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on June 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk